**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-cv-81322-EA**

**U.S. Equal Employment Opportunity Commission,**

Plaintiff,

v.

**Schumacher Auto Group, Inc.,**

Defendant.

---

## ORDER AFFIRMING REPORT AND RECOMMENDATION, APPROVING AND ENTERING CONSENT DECREE, AND CLOSING CASE

**THIS MATTER** is before the Court on Magistrate Judge Bruce E. Reinhart's Report and Recommendation (the "Report") [ECF No. 8] on the Joint Motion for Approval of Consent Decree [ECF No. 3]. Defendant Schumacher Auto Group, Inc. notified the Court that it does not intend to file objections to the Report. [ECF No. 10]. Likewise, Plaintiff U.S. Equal Employment Opportunity Commission indicated it has no objections to the Report. [ECF No. 11]. Being fully advised, it is **ORDERED AND ADJUDGED** that:

1. The Report [ECF No. 8] is **AFFIRMED**.
2. The Joint Motion for Approval of Consent Decree [ECF No. 3] is **GRANTED**.
3. The Court **APPROVES and ADOPTS** the Consent Decree [ECF No. 3-1], and pursuant to Fed. R. Civ. P. 54, the Consent Decree is hereby **ENTERED**.
4. The Court shall retain jurisdiction for a period of four (4) years to enforce the Consent Decree.
5. To the extent not otherwise disposed of herein, all pending motions are hereby

**DENIED AS MOOT**, all deadlines are **TERMINATED**, and the Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 30th day of October 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Kristen M. Foslid**
Equal Employment Opportunity Commission
Miami District Office
100 SE 2nd Street
Suite 1500
Miami, FL 33131
305-808-1803
Fax: 305-808-1835
Email: kristen.foslid@eeoc.gov

**Gaye Lon Huxoll**
Equal Employment Opportunity Commission
Miami District Office
100 S.E. 2nd Street
Suite 1500
Miami, FL 33131
786-648-5798
Email: gaye.huxoll@eeoc.gov

**Connie Felix Chen**
Gordon Rees Scully Mansukhani LLP
100 S.E. Second Street
Suite 3900
Miami, FL 33131
305-913-0830
Email: cfchen@grsm.com